**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: THOMPSON, MARK E. § Case No. 14-81101
　　　THOMPSON, JULIE A. §
　　　　　　　　　　　　　§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 04, 2014. The undersigned trustee was appointed on April 04, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of　　$　　　15,000.00

　　Funds were disbursed in the following amounts:
　　Payments made under an
　　　interim distribution　　　　　　　　　　　　　0.00
　　Administrative expenses　　　　　　　　　　　　0.00
　　Bank service fees　　　　　　　　　　　　　　 10.00
　　Other payments to creditors　　　　　　　　　　0.00
　　Non-estate funds paid to 3rd Parties　　　　　　0.00
　　Exemptions paid to the debtor　　　　　　　　　0.00
　　Other payments to the debtor　　　　　　　　　0.00

　　Leaving a balance on hand of [1]　　$　　　14,990.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/04/2014 and the deadline for filing governmental claims was 10/01/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/04/2014           By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81101  
**Case Name:** THOMPSON, MARK E.  
THOMPSON, JULIE A.  
**Period Ending:** 11/04/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/04/14 (f)  
**§341(a) Meeting Date:** 05/15/14  
**Claims Bar Date:** 09/04/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Contract purchase interest in townhome 1016 Harr | 284,500.00 | 0.00 | | 0.00 | FA |
| 2 | Cash and coin | 150.00 | 150.00 | | 0.00 | FA |
| 3 | Golden Eagle Community Bank personal checking | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Golden Eagle Community Bank personal savings | 1.00 | 1.00 | | 0.00 | FA |
| 5 | 120" home theater screen with projector; 1 addit | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 | Michael Jordan signed jersey | 250.00 | 250.00 | | 0.00 | FA |
| 7 | Henrik Zetterberg signed jersey | 75.00 | 75.00 | | 0.00 | FA |
| 8 | Steve Yzerman signed jersey | 75.00 | 75.00 | | 0.00 | FA |
| 9 | Dennis Rodman signed jersey | 50.00 | 50.00 | | 0.00 | FA |
| 10 | Standard wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding ring and assorted jewelry | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 12 | Golf clubs | 300.00 | 300.00 | | 0.00 | FA |
| 13 | Old bikes | 150.00 | 150.00 | | 0.00 | FA |
| 14 | Free weights and bench | 100.00 | 100.00 | | 0.00 | FA |
| 15 | Ab machine | 75.00 | 75.00 | | 0.00 | FA |
| 16 | 25% ownership interest in Designing Concrete, In | 1.00 | 1.00 | | 0.00 | FA |
| 17 | Designing Concrete, Inc. ($1,297,532.00)(no corp | 1.00 | 1.00 | | 0.00 | FA |
| 18 | 2013 tax refund expectancy | Unknown | 0.00 | | 0.00 | FA |
| 19 | 2007 Lexus LS460 (143,000 mi) | 11,000.00 | 6,600.00 | | 6,600.00 | FA |
| 20 | 2005 Lexus LX470 (son's car, 304,000 mi) | 3,500.00 | 3,500.00 | | 1,500.00 | FA |
| 21 | 2007 Jeep Liberty (daughter's car, 150,000 mi) | 4,000.00 | 800.00 | | 1,081.00 | FA |
| 22 | 2007 Honda Element (260,000 mi) | 4,000.00 | 3,200.00 | | 2,800.00 | FA |
| 23 | 2005 Ford E 450 | 5,000.00 | 2,332.97 | | 1,532.00 | FA |
| 24 | 2010 GMC Savannah Cargo Van | 13,000.00 | 1,486.89 | | 1,487.00 | FA |
| 24 | Assets    Totals (Excluding unknown values) | **$334,328.00** | **$20,247.86** | | **$15,000.00** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-81101  
**Case Name:** THOMPSON, MARK E.  
THOMPSON, JULIE A.  
**Period Ending:** 11/04/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/04/14 (f)  
**§341(a) Meeting Date:** 05/15/14  
**Claims Bar Date:** 09/04/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2015          **Current Projected Date Of Final Report (TFR):**   March 31, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 14-81101 | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** THOMPSON, MARK E. | **Bank Name:** | Rabobank, N.A. |
| THOMPSON, JULIE A. | **Account:** | ********66 - Checking Account |
| **Taxpayer ID #:** **-***1219 | **Blanket Bond:** | $472,000.00   (per case limit) |
| **Period Ending:** 11/04/14 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/29/14 | | Mark E. and Jule A. Thompson | Pymt on Compromise Re: Vehicles | | 15,000.00 | | 15,000.00 |
| | {19} | | 6,600.00 | 1129-000 | | | 15,000.00 |
| | {20} | | 1,500.00 | 1129-000 | | | 15,000.00 |
| | {21} | | 1,081.00 | 1129-000 | | | 15,000.00 |
| | {22} | | 2,800.00 | 1129-000 | | | 15,000.00 |
| | {23} | | 1,532.00 | 1129-000 | | | 15,000.00 |
| | {24} | | 1,487.00 | 1129-000 | | | 15,000.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 10.00 | **$14,990.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 10.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$10.00** | |

| | |
|---|---|
| Net Receipts : | 15,000.00 |
| Net Estate : | $15,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********66** | 15,000.00 | 10.00 | 14,990.00 |
| | $15,000.00 | $10.00 | $14,990.00 |

{} Asset reference(s)

Printed: 11/04/2014 11:24 AM    V.13.18

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 4, 2014

**Case Number:** 14-81101  
**Debtor Name:** THOMPSON, MARK E.

Page: 1

**Date:** November 4, 2014  
**Time:** 11:24:42 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXP 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $39.96 | $0.00 | 39.96 |
| ATTY 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $1,750.00 | $0.00 | 1,750.00 |
| TRTE 199 | BERNARD J. NATALE 6833 STALTER DRIVE SUITE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $2,250.00 | $0.00 | 2,250.00 |
| 2 570 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Priority | 9461 | $14,588.00 | $0.00 | 14,588.00 |
| 4 950 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Secured | 0854 | $1,902.82 | $0.00 | 1,902.82 |
| 1 610 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | 6845 | $6,162.43 | $0.00 | 6,162.43 |
| 3 610 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | 1178 | $1,450.52 | $0.00 | 1,450.52 |
| 5 610 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | 0848 | $4,720.67 | $0.00 | 4,720.67 |
| 6 610 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | 3007 | $15,435.90 | $0.00 | 15,435.90 |
| 7 610 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | 6952 | $2,092.61 | $0.00 | 2,092.61 |
| 8 610 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | 4007 | $21,532.00 | $0.00 | 21,532.00 |
| 9 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured | 7265 | $30,038.45 | $0.00 | 30,038.45 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 4, 2014

**Case Number:** 14-81101  
**Debtor Name:** THOMPSON, MARK E.

Page: 2

**Date:** November 4, 2014  
**Time:** 11:24:42 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | Wells Fargo Bank, N.A. P.O. Box 29482 MAC-4101-08C Phoenix, AZ 85038-8650 | Unsecured | 0621 | $2,284.03 | $0.00 | 2,284.03 |
| 11 610 | Wells Fargo Bank, N.A. P.O. Box 29482 MAC-4101-08C Phoenix, AZ 85038-8650 | Unsecured | 9788 | $1,328.19 | $0.00 | 1,328.19 |
| 12 610 | Wells Fargo Bank, N.A. P.O. Box 29482 MAC-4101-08C Phoenix, AZ 85038-8650 | Unsecured | 4042 | $4,472.31 | $0.00 | 4,472.31 |
| **<< Totals >>** | | | | 110,047.89 | 0.00 | 110,047.89 |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　　　　　　　Exhibit D

Case No.: 14-81101
Case Name: THOMPSON, MARK E.
Trustee Name: BERNARD J. NATALE

**Balance on hand:**　　　　　　　$　　　14,990.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 1,902.82 | 1,902.82 | 0.00 | 0.00 |

Total to be paid to secured creditors:　$　　　0.00
Remaining balance:　$　　　14,990.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,250.00 | 0.00 | 2,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 39.96 | 0.00 | 39.96 |

Total to be paid for chapter 7 administration expenses:　$　　　4,039.96
Remaining balance:　$　　　10,950.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　　　0.00
Remaining balance:　$　　　10,950.04

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,588.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 14,588.00 | 0.00 | 10,950.04 |

|  |  |  |  |
|---|---|---|---|
|  | Total to be paid for priority claims: | $ | 10,950.04 |
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,517.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,162.43 | 0.00 | 0.00 |
| 3 | Quantum3 Group LLC as agent for | 1,450.52 | 0.00 | 0.00 |
| 5 | Bureaus Investment Group Portfolio No 15 LLC | 4,720.67 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 15,435.90 | 0.00 | 0.00 |
| 7 | Capital One, N.A. | 2,092.61 | 0.00 | 0.00 |
| 8 | American Express Centurion Bank | 21,532.00 | 0.00 | 0.00 |
| 9 | PYOD, LLC its successors and assigns as assignee | 30,038.45 | 0.00 | 0.00 |
| 10 | Wells Fargo Bank, N.A. | 2,284.03 | 0.00 | 0.00 |
| 11 | Wells Fargo Bank, N.A. | 1,328.19 | 0.00 | 0.00 |
| 12 | Wells Fargo Bank, N.A. | 4,472.31 | 0.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for tardy general unsecured claims: $ 0.00
    Remaining balance: $ 0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for subordinated claims: $ 0.00
    Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**