# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: THOMPSON, MARK E. | § | Case No. 14-81101 |
| THOMPSON, JULIE A. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/29/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  11/04/2014          By:  /s/BERNARD J. NATALE
                                           Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: THOMPSON, MARK E. § Case No. 14-81101
      THOMPSON, JULIE A. §
       §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 15,000.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 14,990.00 |
| **Balance on hand:** | $ 14,990.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 4 | Ford Motor Credit Company LLC | 1,902.82 | 1,902.82 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,990.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 2,250.00 | 0.00 | 2,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 39.96 | 0.00 | 39.96 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 4,039.96 |
| Remaining balance: | $ 10,950.04 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $ | 0.00 |
| Remaining balance: | | $ | 10,950.04 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,588.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 14,588.00 | 0.00 | 10,950.04 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | | $ | 10,950.04 |
| Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,517.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,162.43 | 0.00 | 0.00 |
| 3 | Quantum3 Group LLC as agent for | 1,450.52 | 0.00 | 0.00 |
| 5 | Bureaus Investment Group Portfolio No 15 LLC | 4,720.67 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 15,435.90 | 0.00 | 0.00 |
| 7 | Capital One, N.A. | 2,092.61 | 0.00 | 0.00 |
| 8 | American Express Centurion Bank | 21,532.00 | 0.00 | 0.00 |
| 9 | PYOD, LLC its successors and assigns as assignee | 30,038.45 | 0.00 | 0.00 |
| 10 | Wells Fargo Bank, N.A. | 2,284.03 | 0.00 | 0.00 |
| 11 | Wells Fargo Bank, N.A. | 1,328.19 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 12 | Wells Fargo Bank, N.A. | 4,472.31 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Mark E. Thompson
Julie A. Thompson
    Debtors

Case No. 14-81101-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3    User: lorsmith    Page 1 of 2    Date Rcvd: Nov 18, 2014
                Form ID: pdf006    Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2014.
```
db/jdb         +Mark E. Thompson,    Julie A. Thompson,    1016 Harrow Gate Drive,    Woodstock, IL 60098-7406
21757264        ARS National Services, Inc.,    PO Box 469100,    Escondido, CA 92046-9100
21789945        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
21757265       +Asset Recovery Solutions,    2200 E. Devon Drive,    Des Plaines, IL 60018-4501
21757266        Blatt Hasenmiller Leibsker & Moore,    PO Box 5463,    Chicago, IL 60680-5463
21757267        Business Revenue Systems, Inc.,    PO Box 13077,    Des Moines, IA 50310-0077
21757270        Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
22285441        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21757271        Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
21757272       +City of Woodstock,    121 W. Calhoun Street,    Woodstock, IL 60098-3218
21757273       +Codilis & Associates, P.C.,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
21757274        Comenity - Express,    PO Box 659728,    San Antonio, TX 78265-9728
21757275      #+Contract Callers,    1058 Claussen Road, Suite 110,    Augusta, GA 30907-0301
21757276       +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
21757277       +Designing Concrete, Inc.,    1193 South Eastwood Drive,    Woodstock, IL 60098-4645
22054980      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company LLC,     P O Box 6275,
                 Dearborn,  MI  48121)
21757279        Financial Strategy Group PLC,    700 Colonial Road,    Suite 120,    Memphis, TN 38117-5191
21757280        Ford Motor Credit Company,    Dept. 194101,    P.O. Box 550000,    Detroit, MI 48255-1941
21757281       +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                 Houston, TX 77081-1108
21757283       +Jim Bozich d/b/a J&M Real Estate,    1124 Galloway Drive,    Woodstock, IL 60098-8004
21757286        Macy's,    PO Box 183083,    Columbus, OH 43218-3083
21757287        McHenry Radiologists Imaging Assoc.,    PO Box 220,    McHenry, IL 60051-0220
21757289       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
21757291        Professional Recovery Services,    PO Box 1880,    Voorhees, NJ 08043-7880
21757292       +Security Solutions, Inc.,    1850 S. 25th Avenue,    Broadview, IL 60155-2864
21757293        Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
21757294       +The Harvard State Bank,    2470 Eastrock Drive,    Rockford, IL 61108-8076
21757295       +United Collection Bureau, Inc.,    P.O. Bo 1448,    Maumee, OH 43537-8448
22351901       +Wells Fargo Bank, N.A.,    P.O. Box 29482,    MAC-4101-08C,    Phoenix, AZ 85038-9482
21757296        Zwicker & Associates P.C.,    80 Minuteman Drive,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22078385        E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2014 11:30:00
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21757268        E-mail/Text: cms-bk@cms-collect.com Nov 19 2014 01:43:52     Capital Management Services, LP,
                 698 1/2 South Odgen Street,    Buffalo, NY 14206-2317
21757278        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2014 01:58:10      Discover,   P.O. Box 6103,
                 Carol Stream, IL 60197-6103
22028295        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2014 01:58:10      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21757282        E-mail/Text: cio.bncmail@irs.gov Nov 19 2014 01:43:37     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
21757285        E-mail/Text: bnckohlsnotices@becket-lee.com Nov 19 2014 01:43:27     Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
21757288        E-mail/Text: bnc@nordstrom.com Nov 19 2014 01:43:29     Nordstrom Bank,    PO Box 79134,
                 Phoenix, AZ 85062-9134
22317791       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2014 02:03:29
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22039823        E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2014 01:44:09
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
21969904        E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2014 11:30:00     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22168482*         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22305815*         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21757269*         Capital Management Services, LP,    698 1/2 South Odgen Street,    Buffalo, NY 14206-2317
21757284*        +Jim Bozich d/b/a J&M Real Estate,    1124 Galloway Drive,    Woodstock, IL 60098-8004
21757290*        +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3           User: lorsmith               Page 2 of 2                  Date Rcvd: Nov 18, 2014
                               Form ID: pdf006              Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2014                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2014 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Jason H Rock    on behalf of Debtor Mark E. Thompson jrock@bslbv.com
              Jason H Rock    on behalf of Joint Debtor Julie A. Thompson jrock@bslbv.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```