# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: THOMPSON, MARK E.　　　　　　　　§　Case No. 14-81101-LMT
　　　　THOMPSON, JULIE A.　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $293,828.00　　　　　　　Assets Exempt: $21,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,950.04　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $518,852.83

Total Expenses of Administration: $4,049.96

---

　　　3) Total gross receipts of $    15,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $290,180.14 | $1,902.82 | $1,902.82 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,049.96 | 4,049.96 | 4,049.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 17,000.00 | 14,588.00 | 14,588.00 | 10,950.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 510,636.50 | 89,517.11 | 89,517.11 | 0.00 |
| **TOTAL DISBURSEMENTS** | $817,816.64 | $110,057.89 | $110,057.89 | $15,000.00 |

4) This case was originally filed under Chapter 7 on April 04, 2014. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2015          By: /s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Lexus LS460 (143,000 mi) | 1129-000 | 6,600.00 |
| 2005 Lexus LX470 (son's car, 304,000 mi) | 1129-000 | 1,500.00 |
| 2007 Jeep Liberty (daughter's car, 150,000 mi) | 1129-000 | 1,081.00 |
| 2007 Honda Element (260,000 mi) | 1129-000 | 2,800.00 |
| 2005 Ford E 450 | 1129-000 | 1,532.00 |
| 2010 GMC Savannah Cargo Van | 1129-000 | 1,487.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 4210-000 | 2,667.03 | 1,902.82 | 1,902.82 | 0.00 |
| NOTFILED | The Harvard State Bank | 4110-000 | 10,513.11 | N/A | N/A | 0.00 |
| NOTFILED | Jim Bozich d/b/a J&M Real Estate | 4110-000 | 277,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$290,180.14** | **$1,902.82** | **$1,902.82** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 39.96 | 39.96 | 39.96 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,049.96 | $4,049.96 | $4,049.96 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | 17,000.00 | 14,588.00 | 14,588.00 | 10,950.04 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $17,000.00 | $14,588.00 | $14,588.00 | $10,950.04 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,051.01 | 6,162.43 | 6,162.43 | 0.00 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 1,324.95 | 1,450.52 | 1,450.52 | 0.00 |
| 5 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | 8,780.43 | 4,720.67 | 4,720.67 | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | 15,485.90 | 15,435.90 | 15,435.90 | 0.00 |
| 7 | Capital One, N.A. | 7100-000 | N/A | 2,092.61 | 2,092.61 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | American Express Centurion Bank | 7100-000 | 21,813.00 | 21,532.00 | 21,532.00 | 0.00 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 30,038.45 | 30,038.45 | 30,038.45 | 0.00 |
| 10 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 2,284.03 | 2,284.03 | 0.00 |
| 11 | Wells Fargo Bank, N.A. | 7100-000 | 1,445.00 | 1,328.19 | 1,328.19 | 0.00 |
| 12 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 4,472.31 | 4,472.31 | 0.00 |
| NOTFILED | Kohl's Payment Center | 7100-000 | 1,949.99 | N/A | N/A | 0.00 |
| NOTFILED | Convergent Outsourcing | 7100-000 | 1,004.11 | N/A | N/A | 0.00 |
| NOTFILED | Codilis & Associates, P.C. | 7100-000 | 384,639.24 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiologists Imaging Assoc. | 7100-000 | 89.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 756.58 | N/A | N/A | 0.00 |
| NOTFILED | Security Solutions, Inc. | 7100-000 | 167.94 | N/A | N/A | 0.00 |
| NOTFILED | Sunrise Credit Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Professional Recovery Services | 7100-000 | 24,652.15 | N/A | N/A | 0.00 |
| NOTFILED | City of Woodstock | 7100-000 | 616.97 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 8,531.58 | N/A | N/A | 0.00 |
| NOTFILED | Blatt Hasenmiller Leibsker & Moore | 7100-000 | 3,290.20 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$510,636.50** | **$89,517.11** | **$89,517.11** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81101-LMT  
**Case Name:** THOMPSON, MARK E.  
THOMPSON, JULIE A.  
**Period Ending:** 03/11/15  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/04/14 (f)  
**§341(a) Meeting Date:** 05/15/14  
**Claims Bar Date:** 09/04/14  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Contract purchase interest in townhome 1016 Harr | 284,500.00 | 0.00 | | 0.00 | FA |
| 2 | Cash and coin | 150.00 | 150.00 | | 0.00 | FA |
| 3 | Golden Eagle Community Bank personal checking | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Golden Eagle Community Bank personal savings | 1.00 | 1.00 | | 0.00 | FA |
| 5 | 120" home theater screen with projector; 1 addit | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 | Michael Jordan signed jersey | 250.00 | 250.00 | | 0.00 | FA |
| 7 | Henrik Zetterberg signed jersey | 75.00 | 75.00 | | 0.00 | FA |
| 8 | Steve Yzerman signed jersey | 75.00 | 75.00 | | 0.00 | FA |
| 9 | Dennis Rodman signed jersey | 50.00 | 50.00 | | 0.00 | FA |
| 10 | Standard wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding ring and assorted jewelry | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 12 | Golf clubs | 300.00 | 300.00 | | 0.00 | FA |
| 13 | Old bikes | 150.00 | 150.00 | | 0.00 | FA |
| 14 | Free weights and bench | 100.00 | 100.00 | | 0.00 | FA |
| 15 | Ab machine | 75.00 | 75.00 | | 0.00 | FA |
| 16 | 25% ownership interest in Designing Concrete, In | 1.00 | 1.00 | | 0.00 | FA |
| 17 | Designing Concrete, Inc. ($1,297,532.00)(no corp | 1.00 | 1.00 | | 0.00 | FA |
| 18 | 2013 tax refund expectancy | Unknown | 0.00 | | 0.00 | FA |
| 19 | 2007 Lexus LS460 (143,000 mi) | 11,000.00 | 6,600.00 | | 6,600.00 | FA |
| 20 | 2005 Lexus LX470 (son's car, 304,000 mi) | 3,500.00 | 3,500.00 | | 1,500.00 | FA |
| 21 | 2007 Jeep Liberty (daughter's car, 150,000 mi) | 4,000.00 | 800.00 | | 1,081.00 | FA |
| 22 | 2007 Honda Element (260,000 mi) | 4,000.00 | 3,200.00 | | 2,800.00 | FA |
| 23 | 2005 Ford E 450 | 5,000.00 | 2,332.97 | | 1,532.00 | FA |
| 24 | 2010 GMC Savannah Cargo Van | 13,000.00 | 1,486.89 | | 1,487.00 | FA |
| **24** | **Assets** **Totals** (Excluding unknown values) | **$334,328.00** | **$20,247.86** | | **$15,000.00** | **$0.00** |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81101-LMT  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** THOMPSON, MARK E.  **Filed (f) or Converted (c):** 04/04/14 (f)
THOMPSON, JULIE A.  **§341(a) Meeting Date:** 05/15/14
**Period Ending:** 03/11/15  **Claims Bar Date:** 09/04/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2015   **Current Projected Date Of Final Report (TFR):**   November 4, 2014 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-81101-LMT  
**Case Name:** THOMPSON, MARK E.  
THOMPSON, JULIE A.  
**Taxpayer ID #:** **-***1219  
**Period Ending:** 03/11/15

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/14 | | Mark E. and Jule A. Thompson | Pymt on Compromise Re: Vehicles | | 15,000.00 | | 15,000.00 |
| | {19} | | 6,600.00 | 1129-000 | | | 15,000.00 |
| | {20} | | 1,500.00 | 1129-000 | | | 15,000.00 |
| | {21} | | 1,081.00 | 1129-000 | | | 15,000.00 |
| | {22} | | 2,800.00 | 1129-000 | | | 15,000.00 |
| | {23} | | 1,532.00 | 1129-000 | | | 15,000.00 |
| | {24} | | 1,487.00 | 1129-000 | | | 15,000.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 12/29/14 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,250.00, Trustee Compensation; Reference: | 2100-000 | | 2,250.00 | 12,740.00 |
| 12/29/14 | 102 | Internal Revenue Service | Distribution paid 75.06% on $14,588.00; Claim# 2; Filed: $14,588.00; Reference: 9461 | 5800-000 | | 10,950.04 | 1,789.96 |
| 12/29/14 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,789.96 | 0.00 |
| | | | Dividend paid 100.00%   1,750.00 on $1,750.00; Claim# ATTY; Filed: $1,750.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   39.96 on $39.96; Claim# EXP; Filed: $39.96 | 3120-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 15,000.00 | 15,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 15,000.00 | 15,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,000.00** | **$15,000.00** | |

Net Receipts : 15,000.00  
Net Estate : $15,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********66 | 15,000.00 | 15,000.00 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)